UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Emily Francis,

                        Plaintiff,

    -against-

TD Bank NA,

                       Defendant.
------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

25-CV-5542 (RER) (LKE)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated November 17, 2025, (Order dated 11/17/2025 (the "R&R")), Magistrate Judge Lara K. Eshkenazi recommended that the Court dismiss the complaint for Plaintiff's failure to prosecute her claims. (*Id.*) Judge Eshkenazi advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed with prejudice.

//
//
//
//
//

The Clerk of Court is directed to enter judgment in favor of defendant and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: December 5, 2025
       Brooklyn, New York